# UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**
                             **Plaintiff,**
      v.

**JOSE ALBERTO BENITEZ-CANO**
                           **Defendant.**

Case No. MJ09-5180

**DETENTION ORDER**

       THE COURT, having conducted a detention hearing pursuant to 18 U.S.C. §3142, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community.

       This finding is based on 1) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence or involves a narcotic drug; 2) the weight of the evidence against the person; 3) the history and characteristics of the person including those set forth in 18 U.S.C. § 3142(g)(3)(A)(B); and 4) the nature and seriousness of the danger release would impose to any person or the community.

*Findings of Fact/ Statement of Reasons for Detention*

**Presumptive Reasons/Unrebutted:**
   ( )    Conviction of a Federal offense involving a crime of violence. 18 U.S.C.§3142(f)(A)
   ( )    Potential maximum sentence of life imprisonment or death. 18 U.S.C.§3142(f)(B)

**Safety Reasons:**
   ( )    Defendant is currently on probation/supervision resulting from a prior offense.
   ( )    Defendant was on bond on other charges at time of alleged occurrences herein.
   ( )    Defendant's prior criminal history.

**Flight Risk/Appearance Reasons:**
   ( )    Defendant's lack of sufficient ties to the community.
   ( )    Bureau of Immigration and Customs Enforcement detainer.
   ( )    Detainer(s)/Warrant(s) from other jurisdictions.
   ( )    Failures to appear for past court proceedings.
   ( )    Past conviction for escape.

**Other:**
   (√)    Defendant stipulated to detention without prejudice and for reasons contained in the Government's Motion for Detention.

*Order of Detention*

▸ The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
▸ The defendant shall be afforded reasonable opportunity for private consultation with counsel.
▸ The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**July 7, 2009.**

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

**DETENTION ORDER**
**Page - 1**